AO 245B (Mod. D/NJ 12/06) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

**CASE NUMBER 19-9081**

SERGEY V. KONDRUSIN

Defendant.

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, SERGEY V. KONDRUSIN, was represented by Richard Verde, Esq.

On motion of the United States, the court has dismissed Unlawful Possession of a Weapon (6042898) and Vandalism - Damage to Government Property (6042899).

The defendant pleaded guilty to Possess/Use of a Weapon on May 22, 2019. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
| --- | --- | --- | --- |
| 36 CFR 2.4(a)(1) | Possess/Use of a Weapon | January 12, 2019 | 7500091 |

As pronounced on May 22, 2019, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 10th day of June, 2019.

CERTIFIED TO BE A TRUE COPY

_____  
Anthony R. Mautone  
United States Magistrate Judge

_____  
Anthony R. Mautone  
United States Magistrate Judge

10308

Defendant: SERGEY F. KONDRUSIN
Case Number: 19-9081

# RESTITUTION AND FORFEITURE

## RESTITUTION

The defendant shall make restitution in the amount of $1,610.00. Payments should be made payable to the **U.S. Treasury** and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for distribution to

Department of Interior Restoration Fund
IBC Div of Financial Management
Mail Stop D-2770
7401 West Mansfield Avenue
Lakewood, CO 80235

**In the reference section please put "GATE SURPA Kondrusin".**

The restitution is due immediately and shall be paid in full by 6/19/2019.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.